Barbara BROWN, Plaintiff–Appellant,

v.

Patricia A. McCORMICK; MCA/Universal Merchandising, Incorporated, a/k/a Universal Studios Consumer Products, Incorporated; The Patchwork Place, Incorporated; The Greenwich Workshop, Incorporated; John Simpkins; Marketing and Financial Management Enterprises, Incorporated; Universal City Studios, Incorporated; Amblin' Entertainment, Incorporated, Defendants–Appellees,

and

**Weller/Grossman Productions, Incorporated; Home and Garden Television, a/k/a HGTV, a subsidiary of the E.W. Scripps Company, Defendants.**

**Barbara Brown, Plaintiff-Appellee,**

v.

**Patricia A. McCormick; MCA/Universal Merchandising, Incorporated, a/k/a Universal Studios Consumer Products, Incorporated; The Patchwork Place, Incorporated; Marketing and Financial Management Enterprises, Incorporated; Universal City Studios, Incorporated; Amblin' Entertainment, Incorporated, Defendants-Appellants,**

and

**The Greenwich Workshop, Incorporated; John Simpkins; Weller/Grossman Productions, Incorporated; Home and Garden Television, a/k/a HGTV, a subsidiary of the E.W. Scripps Company, Defendants.**

Nos. 00–1476, 00–1545.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2000.

Decided Jan. 12, 2001.

Barbara Brown, pro se. Kathryn Ann Young, Beverly Hills, CA, for appellees.

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Barbara Brown appeals the district court's order of judgment in her copyright infringement action, and the Defendants cross-appeal. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Brown v. McCormick,* No. CA–96–3450–L (D.Md. Mar. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*